UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Amy Tripp, Conservator of RRKC, a minor,**

    Plaintiff,

Civil No. 21-12859

v.

Honorable Victoria A. Roberts
Mag. Judge Curtis Ivy, Jr.

**United States of America,**

    Defendant.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File a Motion for Partial Summary Judgment Regarding an Affirmative Defense will be heard by the Honorable Victoria A. Roberts at a time and date to be set by the Court.

                                     OLSMAN MACKENZIE PEACOCK
                                     & WALLACE, P.C.

                                     By /s/ Jules B. Olsman
                                         Jules B. Olsman (P28958)
                                         Attorney for Plaintiff
                                         2684 West Eleven Mile Road
                                         Berkley, MI 48072
                                         (248) 591-2300

Dated: May 1, 2023

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................... ii

PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSE .................1

PLAITIFF'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT ............................................3

## **TABLE OF AUTHORITIES**

**Cases**

*Lee v Detroit Med. Ctr.,* 775 N.W.2d 326 (Mich.App. 2009) lv to app denied 779 N.W.2d 501 (2010) ..................................................................................................4

**Statutes**

Mich.Comp.Laws § 600.1483……………………………………………………... 3, 4
Mich.Comp.Laws § 722.621……………………………………………………. 3

**Rules**

Fed.R.Civ.P. 16(b)(4) ...............................................................................................4
Fed.R.Civ.P. 56(a) ....................................................................................................3
Local Rule 7.1 ..........................................................................................................2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Amy Tripp, Conservator of RRKC, a minor,**

    Plaintiff,

Civil No. 21-12859

v.

Honorable Victoria A. Roberts
Mag. Judge Curtis Ivy, Jr.

**United States of America,**

    Defendant.

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSE

Plaintiff, AMY TRIPP, Conservator of RRKC, a minor, by and through her attorneys, OLSMAN MACKENZIE PEACOCK & WALLACE, P.C., by Jules B. Olsman and Ronda M. Little, and does hereby submit Plaintiff's Motion for Leave to File a Motion for Partial Summary Judgment regarding an Affirmative Defense, as required by the Court's Scheduling Order. The grounds for this motion are set forth in the attached brief.

1

On April 29, 2023, pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Michigan, Plaintiff's counsel, requested concurrence from Defendant's attorney via email, regarding the relief sought, but was unable to obtain the same.

OLSMAN MACKENZIE PEACOCK & WALLACE, P.C.

/s/ Jules B. Olsman
JULES B. OLSMAN (P28958)
RONDA M. LITTLE (P47236)
Attorneys for Plaintiff
2684 West Eleven Mile Road
Berkley, MI 48072
248-591-2300 / (248) 591-2304 [fax]

Dated: May 1, 2023

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Amy Tripp, Conservator of
RRKC, a minor,**

          Civil No. 21-12859

    Plaintiff,

v.                                 Honorable Victoria A. Roberts
                                     Mag. Judge Curtis Ivy, Jr.

**United States of America,**

    Defendant.

## PLAITIFF'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff seeks permission to file a Motion for Partial Summary Judgment, pursuant to Fed.R.Civ.P. 56(a), regarding the affirmative defense that Plaintiff's damages are limited by Mich.Comp.Laws § 600.1483. Plaintiff's First Amended Complaint includes allegations that Dr. Bernardino breached his statutory duty to report child abuse and neglect, pursuant to the Michigan Child Protection Law, Mich.Comp.Laws § 722.621 et seq. (ECF No. 5, paragraph 92(h)(k)(q)(bb)). Defendant pled the medical malpractice damage caps as an affirmative defense (ECF No. 21). In affirmative defense number 10, Defendant asserts in pertinent part:

> [T]o the extent Plaintiff and/or infant is entitled to recover medical malpractice noneconomic damages, the damages are subject to Mich.Comp.Laws section 600.1483.

3

Pursuant to *Lee v Detroit Med. Ctr.,* 775 N.W.2d 326 (Mich.App. 2009) lv to app denied 779 N.W.2d 501 (2010), the failure to report child abuse and/or neglect is an ordinary negligence claim, and therefore not subject to the medical malpractice non-economic damage caps.

The Court's Scheduling Order (ECF No. 27) provides that no dispositive motions are allowed prior to the conclusion of the Settlement Conference without permission of the Court.[1] However, pursuant to Fed.R.Civ.P. 16(b)(4), there is "good cause" to permit early filing of the requested motion as facilitation is scheduled for July 24, 2023, with Robert Riley and a ruling by the Court will help clarify Defendant's exposure in terms of damages.

WHEREFORE, Plaintiff requests leave to file a Motion for Partial Summary Disposition regarding the affirmative defense that damages are limited by Mich.Comp.Laws § 600.1483.

|  |  |
|---|---|
|  | OLSMAN MACKENZIE PEACOCK & WALLACE, P.C. |
|  | /s/ Jules B. Olsman<br>JULES B. OLSMAN (P28958)<br>RONDA M. LITTLE (P47236)<br>Attorneys for Plaintiff<br>2684 West Eleven Mile Road<br>Berkley, MI 48072 |
| Dated: May 1, 2023 | 248-591-2300 / (248) 591-2304 [fax] |

---

[1] Currently, a Status Conference is scheduled for August 15, 2023. A Settlement Conference has not been scheduled.

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2023, I electronically filed Plaintiff's Motion for Leave to File a Motion for Partial Summary Disposition Regarding Affirmative Defense with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **ZAK TOOMEY** and **BRADLEY H. DARLING**

      I further certify that I have mailed by United States Postal Service this filing to the following non-ECF system participants: **NONE**

                                               /s/ Katie M. Little