# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Amy Tripp, Conservator of RRKC, a minor,

          Plaintiff,

v.

United States of America,

          Defendant.

_____/

Case No. 21-12859

Judith E. Levy
United States District Judge

Mag. Judge Curtis Ivy, Jr.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL [99]

Before the Court is a motion to compel settlement proceeds or to allow entry of judgment filed by Plaintiff Amy Tripp, the conservator for minor child RRKC. (ECF No. 99.)

In the motion, Plaintiff asserts that Defendant United States of America has failed to obtain final approval of the parties' settlement agreement from the appropriate individuals within the Department of Justice. (*Id.* at PageID.2728–2729.) She further contends that

> the delay in payment of the proceeds is highly prejudicial to the minor plaintiff, whose Conservator agreed to allow a structured settlement annuity to be purchased for the sum of $1,000,000. If interest rates continue to decline, while good for

the economy, it would adversely affect the minor plaintiff as higher interest rates are financially beneficial with respect to the purchase of the structured settlement annuity. This delay could result in a significant loss of funds to the minor plaintiff.

(*Id.* at PageID.2729–2730.) Plaintiff also states that "[t]he delay in this case is unconscionable and unacceptable" and requests that the Court "enter an order compelling the defendant to tender the settlement proceed in the amount of $4,750,000 forthwith, and/or in the alternative enter a judgment against the defendant in the amount of $4,750,000." (*Id.* at PageID.2732.) However, Plaintiff does not provide any legal basis on which the Court may compel Defendant to approve and sign the settlement agreement. Plaintiff also fails to explain why Defendant is obligated to approve and execute the settlement agreement by a certain date.

Accordingly, Plaintiff's motion to compel settlement proceeds or to allow entry of judgment (ECF No. 99) is DENIED.

IT IS SO ORDERED.

Dated: August 20, 2024      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                           United States District Judge

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 20, 2024.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager